Sherod S. Keen, Appellant, vs. John V. Brown, Appellee.

Appeal from Circuit Court, Gadsden county, transferred from Columbia county; John W. Malone, Judge.

A. J. Henry, for Appellant.

B. H. Palmer, for Appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals. The decree is affirmed.

Decision Per Curiam.